UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN W. TYLER, et al.,<br><br>          Defendants. | CASE NO. 1:15-cv-01309-MJS<br><br>ORDER DESIGNATING CASE AS A PRISONER CASE<br><br>(ECF No. 1) |

The Court has reviewed Plaintiff's Complaint and determined that Plaintiff is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.)  Plaintiff's case should be designated as a prisoner case ("PC") for docketing purposes.

Accordingly, it is HEREBY ORDERED that:

The Clerk of Court should designate this case as PC.

IT IS SO ORDERED.

Dated:   September 1, 2015          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE